JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cv-2527 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| KEITH L. LONGORIA, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Keith L. Longoria, in the principal amount of $985.78 plus interest accrued to April 6, 2015, in the sum of $2,470.74; with interest accruing thereafter at 9% annually until entry of judgment, for a total amount of **$3,456.52**.

DATED: 5/12/15          By: TERRY NAIFIS
                             Clerk of the Court

                             *[signature]*
                             Deputy Clerk
                             United States District Court